704

Fred Greg FENSOM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63323.

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

Deborah Daniels, Jefferson City, MO, for Respondent.

Susan L. Hogan, Kansas City, MO, for Appellant.

Before SMART, P.J., ELLIS and HARDWICK, JJ.

ORDER

PER CURIAM.

Fred G. Fensom appeals the denial of his Rule 24.035 Motion without an evidentiary hearing. We affirm, finding the allegations in his postconviction motion are refuted by the record. The parties have been provided with a Memorandum explaining the reasons for our decision because a published opinion would have no jurisprudential value.

AFFIRMED. Rule 84.16(b)

Wendi M. WELKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63304.

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

Dimitra Y. Massey, Jefferson City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

*ORDER*

PER CURIAM.

Wendi M. Welker appeals the denial of her Rule 24.035 motion for post-conviction relief after her post-conviction counsel waived an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).